IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 98-10913
Conference Calendar

———————————

TERRY JAMES,

Plaintiff-Appellant,

versus

BEN CLICK; TOBY SHOOK;
PAUL JOHNSON,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-1153-H
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:*

    Terry James, Texas prisoner No. 337449, appeals the district court's dismissal, as frivolous, of his 42 U.S.C. § 1983 civil rights claim. The district court did not abuse its discretion in holding that James' claim for damages against defendant Toby Shook was barred by the doctrine of prosecutorial immunity. See Boyd v. Biggers, 31 F.3d 279, 285 (5th Cir. 1994). James' remaining claims are barred by the doctrine articulated in Heck v. Humphrey, 512 U.S. 477 (1994). See Hudson v. Hughes, 98 F.3d 868, 872 (5th Cir. 1996).

———————————

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED IN PART; AFFIRMED IN PART ON OTHER GROUNDS.